UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ALEXYS TAYLOR, individually and on behalf of all others similarly situated,

   *Plaintiff*,

v.

FOX PLAINFIELD, LLC D/B/A FOX CHRYSLER DODGE JEEP RAM,

   *Defendant*.

_____/

Case No.: 1:25-cv-00763

Honorable Jane M. Beckering

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alexys Taylor hereby dismisses this action as follows:

1. All claims of the Plaintiff, Alexys Taylor, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: September 3, 2025

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                        **SHAMIS & GENTILE, P.A.**
                                        14 NE 1st Ave., Suite 705
                                        Miami, FL 33132
                                        Telephone (305) 479-2299
                                        Facsimile (786) 623-0915
                                        Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
            Andrew J. Shamis, Esq.

*Counsel for Plaintiff and the Class*